# Court of Appeals
# of the State of Georgia

ATLANTA,  February 22, 2019

*The Court of Appeals hereby passes the following order:*

**A18A1670.  IN THE INTEREST OF J. W. et al., children.**

Having had an opportunity to fully consider the entire record in this case, we hereby dismiss this discretionary appeal as having been improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/22/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*